JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MIGUEL RAMOS-PEREZ, <br><br> Plaintiff, <br><br> v. <br><br> FORD MOTOR COMPANY, <br><br> Defendant. | Case No. 5:25-cv-01227-SB-DTB <br><br> ORDER OF DISMISSAL |

     The parties filed a notice of settlement on October 16, 2025. This action is therefore dismissed in its entirety without prejudice.[1] For 60 days from the date of this order, the Court retains jurisdiction to vacate this order and to reopen the action nunc pro tunc on motion of any party. By operation of this order and without further court action, the dismissal in this case will convert to a dismissal with prejudice on the 61st day, absent a timely motion to vacate and reopen. If the case is reopened, the parties should be prepared for an expedited trial schedule.

     The Court expects the parties to finalize their settlement or else move to reopen the case for prosecution within the next 60 days as ordered above. *Should the parties file any document that contains a request to extend the deadline for purposes of completing the settlement, counsel for both parties shall submit **at least seven days before the deadline** a declaration with a detailed timeline of all the efforts made to complete the settlement, and the parties shall be prepared to*

---

[1] The parties represent that Plaintiff expects to file a noticed motion for attorney's fees. The Court ORDERS the parties to meet and confer in person or by videoconference to attempt in good faith to reach agreement on the reasonable amount of attorney's fees to be awarded in this case. If the parties after thorough good-faith negotiations are unable to reach agreement, Plaintiff no later than November 7, 2025, may move for the Court to reopen the case for the limited purpose of adjudicating a motion for attorney's fees.

*appear in court with a client representative to explain why the settlement could not be completed in the time allowed.*

Date: October 17, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge