# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MIGUEL RAMOS-PEREZ,<br><br>       Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY,<br><br>       Defendants. | Case No: 5:25-cv-01227-SB-DTB<br><br><br>**ORDER OF DISMISSAL** |

Pursuant to the parties' stipulation, this action is dismissed with prejudice in its entirety.

DATE: <u>January 20, 2026</u>          By: _____

Stanley Blumenfeld, Jr.
United States District Judge

[PROPOSED] ORDER OF DISMISSAL